ACCEPTED
03-15-000428-cv
6591984
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 7:13:22 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-15-00428-CV**

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 7:13:22 PM
JEFFREY D. KYLE
Clerk

**BERNARD MORELLO,**
*Appellant*,

**v.**

**THE STATE OF TEXAS,**
*Appellee*.

On Appeal from Cause No. D-1-GV-06-000627
353rd judicial District Court, Austin, Texas
The Honorable Rhonda Hurley

**UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Comes now Bernard Morello, Appellant, and files this motion to extend the deadline for filing Appellant's Brief for 30 days, up to and including October 7, 2015. In support thereof, Appellant would respectfully show the Court as follows:

1. Appellant's brief is currently due for filing by September 7, 2014, and this motion for extension of time is filed prior to said deadline.

2. By this motion, Appellant seeks a 30-day extension of time from the date the brief was originally due, or October 7, 2015.

1

3.     Good cause exists for the extension.  Although requested on August 14, 2015, Appellant's counsel have yet to receive a copy of the reporter's record in this case and have thus been unable to begin review of the record in preparation of drafting Appellant's brief.  In addition, counsel for Appellee circulated an email of August 13, 2015, advising that the clerk's record in this matter is incomplete and excludes approximately 100 pages of summary-judgment exhibits.  For these reasons, Appellant submits that good cause exists for the current extension.

Wherefore, premises considered, Appellant respectfully prays that this motion be granted and that the deadline for filing his briefing be extended 30 days, up to and including October 7, 2015.  Appellant also prays for such other and further relief to which he may be otherwise entitled.

Respectfully submitted,

LAPEZE & JOHNS, P.L.L.C.

By:_____
Keith W. Lapeze
Texas Bar No.  24010176
Taylor L. Shipman
Texas Bar No. 24079323
601 Sawyer Street, Suite 650
Houston, Texas 77007
Tel.  (713) 739-1010
Fax.  (713) 739-1015
keith@lapezejohns.com
taylor@lapezejohns.com

JURANEK LAW FIRM, PLLC


_____

**By: JAMES JURANEK**
State Bar No. 24026888
111 N. Ennis
Houston, Texas 77003
(713) 229-0699
(888) 626-6596 (fax)
james@jjfirm.com
*Counsel for Appellant*

## CERTIFICATE OF CONFERENCE

The undersigned contact Appellant's counsel (Craig Pritzlaff) about the contents of this motion and the relief requested.  Mr. Pritzlaff advised that Appellee is unopposed to the relief sought.


_____
James Juranek


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served on the following counsel for Appellee State of Texas via e-filing on August 20, 2014:

Craig J. Pritzlaff
Assistant Attorney General
P.O. Box 12548, MC-066,
Austin, TX 78711
512.320.0911 (Fax)


_____
James Juranek